# EXHIBIT A

IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES NC 2006-HE2 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES NC 2006-HE2, | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Plaintiff, | §<br>§ | Civil Action No. 2:19-cv-369 |
| v. | §<br>§ | |
| MICHAEL PREVITY, DANIEL PREVITY, PATRICIA PREVITY, AND THERESA LOPEZ, | §<br>§<br>§<br>§ | |
| Defendant. | §<br>§ | |

## DECLARATION OF MARK D. CRONENWETT

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the following statements are true and correct:

1.      "My name is Mark D. Cronenwett. I am over the age of 21 years and am fully competent to make this Declaration.  All statements of fact made herein are true, correct, and within my personal knowledge.

2.      I am an attorney for Plaintiff U.S Bank National Association as Trustee for Asset-Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE2 Asset Backed Pass Through Certificates, Series NC 2006-HE2 ("Plaintiff").

3.      Plaintiff filed its *Original Complaint* ("Complaint") in this action on December 6, 26, 2019. (ECF No. 1.)

4.      I am an attorney licensed to practice in the State of Texas and am a member of the bar of the United States District Court for the Southern District of Texas. I am currently managing attorney for the litigation department of the law firm of Mackie Wolf Zientz & Mann, P.C. (MWZM), with offices located in Dallas, Texas and Houston, Texas. I am in good standing with respect to the State Bar of Texas. A true and correct copy of my resume is attached hereto as **Exhibit A-1**.

5.      MWZM was retained by Plaintiff to file this lawsuit to enforce Plaintiff's interest in certain real property as a result of a default under the loan agreement. The legal professionals of MWZM with whom I worked in providing these services are at all relevant times attorneys licensed by the State of Texas, in good standing and experienced in the areas of business, real estate, and commercial litigation practice. Without waiving the attorney-client privilege, the subject matter of the counsel and representation provided to Plaintiff by MWZM legal professionals included, but was not limited to: review and analysis of the loan documents at issue; review and analysis of the history of this matter; preparation and filing of the original complaint; completing service; drafting a request for entry of default; drafting a motion for default judgment; and conducting legal research. These activities are set forth in chronological order by name and date on the invoices included with the motion as **Exhibit A-2**. The hours set forth for each activity were actually expended on the topics stated.

6.      The reasonable incurred attorneys' fees are $10,907.70 in filing and prosecuting its Plaintiff's claims to enforce its interest in certain real property as a result of the default under the loan agreement between the parties. The hourly rate charged is $215.00 per hour for attorneys and $95.00 per hour for paralegals and legal assistants.

7.      I have become familiar with the legal services necessary to handle claims based on and the reasonable charges for such legal services in the United States District Court for the Southern District of Texas and within the State of Texas.

8.      In considering reasonable attorneys' fees in this case, I have considered the time and labor involved; the difficulty of the issues presented; the experience, reputation, and ability of the attorneys involved in pursuing the claims; the skills requisite to properly conduct the case; customary charges of the Bar and awards in similar cases; and the amount in controversy.

9.      Based upon my knowledge and experience with similar litigation in the state and federal courts in Texas over the last ten years, and applying the facts and factors set out above, it is my opinion that the hourly rate of up to $215.00 per hour for attorneys and $95.00 per hour for paralegals and legal assistants are reasonable and customary, and the sum of $10,907.70 is reasonable attorneys' fees for prosecuting Plaintiff's claims for the enforcement of its interest in certain real property as a result of a default of under the loan agreement.

10.      If any party files post-judgment motion, a reasonable fee for Plaintiff would be $2,500.00. If this case is appealed to the Fifth Circuit Court of Appeals, a reasonable fee for the Plaintiff would be an additional $5,000.00."

FURTHER DECLARANT SAYETH NAUGHT.

Signed this January 11, 2021.

**MARK D. CRONENWETT**

# EXHIBIT A-1

# MARK D. CRONENWETT

14160 N. Dallas Parkway, Suite 900 · Dallas, Texas 75254 · (214) 635-2650

**PROFESSIONAL**
**EXPERIENCE**

***Mackie Wolf Zientz & Mann, P.C.***, Dallas, Texas, 10/12-present
Practice areas: consumer law, primarily mortgage-lending litigation; general commercial litigation; general insurance defense; and appellate law. My duties include handling all aspects of a litigation practice, including discovery, motion practice and sitting first chair at trial. Another major aspect of my practice involves briefing issues to all Texas appellate courts, both in original proceedings and in the appeal of final judgments. I also have the responsibility of giving work to associate attorneys at the firm and supervising them.

***Higier Allen & Lautin, P.C.***, Addison, Texas, 1/09-10/12
Practice areas: consumer law, primarily mortgage-lending litigation; general commercial litigation; general insurance defense; and appellate law. My duties include handling all aspects of a litigation practice, including discovery, motion practice and sitting first chair at trial. Another major aspect of my practice involves briefing issues to all Texas appellate courts, both in original proceedings and in the appeal of final judgments. I also have the responsibility of giving work to associate attorneys at the firm and supervising them.

***Cowles & Thompson, P.C.***, Dallas, Texas, 9/99-1/09
I was an associate until I was made a Shareholder in December 2000. Practice areas: consumer law, primarily mortgage-lending litigation; general commercial litigation; general insurance defense; and appellate law. My duties include handling all aspects of a litigation practice, including discovery, motion practice and sitting first chair at trial. Another major aspect of my practice involves briefing issues to all Texas appellate courts, both in original proceedings and in the appeal of final judgments. I also have the responsibility of giving work to associate attorneys at the firm and supervising them.

***Fanning, Harper & Martinson, P.C.***, Dallas, Texas 9/98-9/99
I was an associate in the firm's governmental defense section. Practice areas: defense of governmental entities in civil rights and employment cases. My duties included sitting second chair at trial; drafting and answering discovery; drafting and arguing all varieties of motions; drafting appellate briefs; and attending mediations.

***Kuntz & Bonesio, L.L.P.***, Dallas, Texas 6/97-9/98
I was a litigation associate. Practice areas: commercial litigation, general insurance defense, employment law, and insurance subrogation. My duties included sitting second chair at trial; drafting and answering discovery, drafting and arguing all varieties of motions.

***Texas Court of Appeals, Tenth District***, Waco, Texas, 10/94-6/97
I was a briefing attorney for Judge Bob Cummings until July 1996 when I was hired as Judge Cummings' permanent staff attorney. I was the principal legal advisor to Judge Cummings; researched and drafted opinions in complex appeals; consulted with other judges on reconciling differences on the correct application of law; prepared drafts of opinions reconciling differences; led discussions of cases at court conferences; supervised interns and more junior legal staff; and handled the Court's motions docket.

***Texas Employment Commission***, Austin, Texas 1/94-10/94
I was a hearing officer, presiding over administrative hearings concerning unemployment compensation and issued written opinions.

**EDUCATION**

**Juris Doctorate**, 5/93
*Catholic University of America*, Washington D.C.
Associate Moot Court member, 1/91-5/93
Finalist, Dean's Cup Moot Court Competition, 3/91

President and Secretary of Guild of Catholic Lawyers, 5/91-5/93

**B.A. in English Literature**, concentrating in Politics, 5/90
*University of Dallas,* Irving, Texas

PROFESSIONAL
ASSOCIATIONS

Admitted to Texas State Bar, Fifth Circuit, and all Texas Federal District Courts; Member of the Dallas Bar Association; Consumer Law and Civil Appellate Sections of the Texas Bar; Federal Bar Association; Immediate Past President, St. Thomas More Society; Pro Bono Counsel to White Rose Women's Center

# EXHIBIT A-2

| Invoice Date |
|---|
| 10/25/2019 |

Invoice Number

**Mackie Wolf Zientz & Mann, P.C.**
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

## INVOICE

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No: █████████
Reference:
Property Addr: 2812 DEVON DR
CORPUS CHRISTI, TX 78404
Our File: 19-000244-671-2

Loan Type: HEL; Case Type: Litigation; Filing Date: ; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 10/11/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
| Review new matter. | | | | | |
| 10/14/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review upcoming deadline to file suit. | | | | | |
| 10/14/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Attention to correspondence for foreclosure. | | | | | |
| 10/14/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt nd review change in foreclosure status. | | | | | |
| 10/15/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.50 | $107.50 |
| Conduct initial review of file to determine next steps. | | | | | |
| 10/15/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Request heirship report on deceased borrowers. | | | | | |
| 10/17/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.60 | $129.00 |
| Assemble loan documents for preparing lawsuit. | | | | | |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |
| Total Hourly Fees Since Last Billing | $446.50 |
| Current Amount Due | $446.50 |
| Payments Received | $0.00 |
| **Total Amount Due** | **$446.50** |

| Invoice Date |
| --- |
| 11/12/2019 |

Invoice Number

**Mackie Wolf Zientz & Mann, P.C.**
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

**INVOICE**

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No: ███████
Reference:
Property Addr: 2812 DEVON DR
CORPUS CHRISTI, TX 78404
Our File: 19-000244-671-2

Loan Type: HEL; Case Type: Litigation; Filing Date: ; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
| --- | --- | --- | --- | --- | --- |
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 11/01/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Attention to deadline to file suit - pending receipt of heirship report from investigator. | | | | | |
| 11/06/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Prepare synopsis of litigation status for next steps. | | | | | |
| 11/06/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.40 | $38.00 |
| Attention to completing correspondence regarding deceased borrower issue. | | | | | |
| 11/07/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review file documents for deceased borrower proof. | | | | | |
| 11/07/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.10 | $21.50 |
| Review status of heirship report. | | | | | |
| 11/07/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt, review, and provide deceased borrower report. | | | | | |
| 11/08/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Attention to correspondence from foreclosure. | | | | | |

| TOTALS | |
| --- | --- |
| DESCRIPTION | AMOUNT |
| Total Hourly Fees Since Last Billing | $250.50 |
| Current Amount Due | $250.50 |
| Previous Balance | $446.50 |
| Payments Received | $0.00 |
| **Total Amount Due** | **$697.00** |

TIMEKEEPER SUMMARY

| Invoice Date |
|---|
| 12/10/2019 |

Invoice Number

## Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

### INVOICE

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No: ███████
Reference:
Property Addr: 2812 DEVON DR
CORPUS CHRISTI, TX 78404
Our File: 19-000244-671-2

Loan Type: HEL; Case Type: Litigation; Filing Date: ; Chapter: NO

BILLING SUMMARY:

| COSTS | | | |
|---|---|---|---|
| DATE | COST DESCRIPTION | RECOVERABLE | AMOUNT |
| 11/27/2019 | Process Server Costs- Recoverable | Yes | $389.70 |
| 12/06/2019 | Court Costs for filing complaint.- Recoverable | Yes | $400.00 |

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 11/14/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Attention to completing additional correspondence regarding pending heir ship report. | | | | | |
| 11/15/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Attention to status of heirship report. | | | | | |
| 11/24/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review for status of heirship report. | | | | | |
| 11/27/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.50 | $107.50 |
| Receipt and review of heriship report and associated findings. | | | | | |
| 11/27/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.80 | $172.00 |
| Prepare underwriter approval letter and submit to fidelity. | | | | | |
| 11/27/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 1.30 | $279.50 |
| Draft original complaint and request preparation for filing. | | | | | |
| 11/27/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Draft certificate of interested parties. | | | | | |
| 11/29/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Attention to correspondence from underwriter. | | | | | |
| 11/29/2019 | Paralegal Fee-Hourly- | Yes | $95.00 | 0.40 | $38.00 |

| 11/29/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.50 | $47.50 |
|---|---|---|---|---|---|
| Drafted request for summons to be issued. | | | | | |
| 11/29/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| prepared request for summons for Original complaint. | | | | | |
| 11/29/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 1.20 | $114.00 |
| Prepared and redacted exhibits for original complaint. | | | | | |
| 11/29/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review documents prepared for filing and provide feedback. | | | | | |
| 12/02/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Receipt and review of signed underwriter approval letter. | | | | | |
| 12/04/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review steps completed, status of submitting complaint for filing, and prepare case status report for next steps in litigation . | | | | | |
| 12/06/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Revised exhibits. notified attorney. | | | | | |
| 12/06/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review exhibits for filing. | | | | | |
| 12/09/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review order for conference and relevant instructions provided by the court. | | | | | |
| 12/09/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Receipt, review, and process Order for conference. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Costs Since Last Billing | $789.70 |
| Total Hourly Fees Since Last Billing | $1,336.00 |
| Current Amount Due | $2,125.70 |
| Previous Balance | $697.00 |
| Payments Received | $446.50 |
| **Total Amount Due** | **$2,376.20** |

| Invoice Date |
|---|
| 03/16/2020 |

**Invoice Number**

Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No: ▮▮▮▮▮▮▮
Reference:
Property Addr: 2812 DEVON DR
CORPUS CHRISTI, TX 78404
Our File: 19-000244-671-2

MWZM Case No.: 19-000244-671-2; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| COSTS | | | |
|---|---|---|---|
| DATE | COST DESCRIPTION | RECOVERABLE | AMOUNT |
| 12/21/2019 | Process Server Costs- Recoverable | Yes | $162.00 |
| 12/28/2019 | Process Server Costs- Recoverable | Yes | $102.00 |
| 01/04/2020 | Process Server Costs- Recoverable | Yes | $102.00 |

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 12/06/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review complaint. | | | | | |
| 12/11/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review status of citations. | | | | | |
| 12/11/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Correspondence requesting a copy of issued summons. | | | | | |
| 12/16/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.80 | $76.00 |
| Receipt, review, and processed incoming summons issued by district clerk on defendant Patricia, Theresa, Michael, and Daniel Previty. | | | | | |
| 12/16/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.40 | $38.00 |
| Correspondence to complete personal service on all Defendants. | | | | | |
| 12/26/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Attention to correspondence from foreclosure. | | | | | |
| 12/27/2019 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.40 | $38.00 |
| Lengthy teleconference with two named Defendants regarding lawsuit and summons received | | | | | |
| | Paralegal Fee-Hourly- | | | | |

| 12/27/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
|---|---|---|---|---|---|
| Review notes regarding correspondence with heirs. | | | | | |
| 12/31/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review file, notes, deadlines, and prepare case status update. | | | | | |
| 12/31/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Review and confirm completion of personal service on defendant Michael Previty. | | | | | |
| 12/31/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| receipt and review 1st and 2nd service attempts on Patricia Previty | | | | | |
| 12/31/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Review and confirm completion of personal service on defendant Daniel Previty. | | | | | |
| 01/02/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Receipt and review change in foreclosure status due to loss mitigation hold. | | | | | |
| 01/06/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Receipt and review 3rd and 4th attempt of service on defendant Patricia Previty. | | | | | |
| 01/06/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Review and correspond proper proof of service for Defendant Daniel Previty. | | | | | |
| 01/06/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Prepared return of service for filing. | | | | | |
| 01/15/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.40 | $38.00 |
| Receipt and review return of service on defendant Daniel and Michael Previty. | | | | | |
| 01/15/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence requesting return of services to be filed. | | | | | |
| 01/15/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Attention to notice of service. | | | | | |
| 01/15/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review status of service | | | | | |
| 01/23/2020 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Receive and review correspondence from process server regarding attempted service on Patricia Previty. Correspondence regarding same. | | | | | |
| 01/23/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Evaluate process server`s notes for next steps. | | | | | |
| 01/23/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Attention to calling defendant`s attorney Christopher Dorsey, phone number 361-850-0076 | | | | | |
| 01/23/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Correspondence requesting an affidavit that stipulates all findings of service on defendant Patricia Previty. | | | | | |
| 02/22/2020 | Associate Attorney Fee-Hourly- | Yes | $215.00 | 0.30 | $64.50 |

| 03/02/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.10 | $21.50 |
|---|---|---|---|---|---|
| Attention to calendared deadline. | | | | | |
| 03/02/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.50 | $107.50 |
| Prepare motion to abate and submit for filing. | | | | | |
| 03/02/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Prepared Motion to Abate and order for filing. | | | | | |
| 03/02/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review affidavit of diligent effort on defendant Patricia Previty. | | | | | |
| 03/06/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Telephonic conversation with heirs regarding new motion filed and whether they should be concerned. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Costs Since Last Billing | $366.00 |
| Total Hourly Fees Since Last Billing | $1,201.00 |
| Current Amount Due | $1,567.00 |
| Previous Balance | $2,822.70 |
| Payments Received | $2,822.70 |
| **Total Amount Due** | **$1,567.00** |



| Invoice Date | | Invoice Number |
|---|---|---|
| 04/17/2020 | | |

**Mackie Wolf Zientz & Mann, P.C.**
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

**INVOICE**

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No: ███████
Reference:
Property Addr: 2812 DEVON DR
CORPUS CHRISTI, TX 78404
Our File: 19-000244-671-2

MWZM Case No.: 19-000244-671-2; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| COSTS | | | |
|---|---|---|---|
| DATE | COST DESCRIPTION | RECOVERABLE | AMOUNT |
| 03/07/2020 | Process Server Costs- Recoverable | Yes | $162.00 |

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 03/16/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review notification from court. | | | | | |
| 03/16/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Receipt and review executed order to Abate case. notified attorney. | | | | | |
| 03/16/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review notice of resetting hearing. | | | | | |
| 03/16/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review court`s order granting abatement of matter. | | | | | |
| 03/16/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review notice of resetting initial conference. | | | | | |
| 03/20/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Attention to completing correspondence regarding original petition being filed. | | | | | |
| 03/24/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Attention to completing correspondence regarding status of pending service completion. | | | | | |
| 03/30/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.40 | $86.00 |
| Review file, status of service, status of hold, and prepare case notes for next steps in litigation. | | | | | |
| 04/07/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |

| | | | | | |
|---|---|---|---|---|---|
| Draft motion for substitute service on Patricia Previty. | | | | | |
| 04/07/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Draft proposed order for service on Patricia Previty. | | | | | |
| 04/07/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Draft declaration to be signed by Janie Abraham. | | | | | |
| 04/07/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review for Theresa`s status of service. | | | | | |
| 04/08/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Revise and finalize exhibits for motion for substitute service and submit for preparation for filing. | | | | | |
| 04/10/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Review and correspond requesting status of service on defendant Theresa Lopez. | | | | | |
| 04/10/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Review, correspond and notify attorney of pending service on Theresa Lopez. | | | | | |
| 04/10/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review public records and find alternate serving address for Theresa Lopez. | | | | | |
| 04/10/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review new address to completion of service on Theresa Lopez. | | | | | |
| 04/10/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Provided detailed instructions to push service forward. | | | | | |
| 04/13/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.50 | $47.50 |
| Prepared exhibits in support of motion for substitute service on defendant Patricia Previty. | | | | | |
| 04/13/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review documents prepared for motion for substitute service. | | | | | |
| 04/14/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Prepared motion for substitute service and supporting documents for filing. | | | | | |
| 04/15/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Review and confirm completion of personal service by process server on defendant Theresa Lopez. | | | | | |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |
| Total Costs Since Last Billing | $162.00 |
| Total Hourly Fees Since Last Billing | $1,016.00 |
| Current Amount Due | $1,178.00 |
| Previous Balance | $4,389.70 |
| Payments Received | $2,822.70 |
| **Total Amount Due** | **$2,745.00** |

| Invoice Date | | Invoice Number |
|---|---|---|
| 06/10/2020 | | |

**Mackie Wolf Zientz & Mann, P.C.**
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

**INVOICE**

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No:
Reference:
Property Addr: 2812 DEVON DR
CORPUS CHRISTI, TX 78404
Our File: 19-000244-671-2

MWZM Case No.: 19-000244-671-2; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| COSTS | | | |
|---|---|---|---|
| DATE | COST DESCRIPTION | RECOVERABLE | AMOUNT |
| 04/14/2020 | Process Server Costs- Recoverable | Yes | $162.00 |
| 04/25/2020 | Process Server Costs- Recoverable | Yes | $163.50 |

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 04/20/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Telephonic correspondence with Theresa Lopez regarding her lack of relationship to her parents/ no interest in the property. She will be send a her answer to the suit shortly. | | | | | |
| 04/20/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review letter of non interest from defendant Teresa Lopez. notified attorney. | | | | | |
| 04/20/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review correspondence submitted by defendant Teresa disclaiming any interest in property. | | | | | |
| 04/22/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Attention to completing review for aged project. | | | | | |
| 04/23/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review executed order granting motion for substitute service on defendant Patricia Previty. | | | | | |
| 04/23/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Correspondence requesting substitute service to be completed on Patricia Previty. | | | | | |
| 04/23/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review court`s order granting motion for service. | | | | | |
| 04/27/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Review and confirm completion of personal service by process server on defendant Patricia Previty. | | | | | |

| 05/01/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.40 | $86.00 |
|---|---|---|---|---|---|
| Review status of service, upcoming deadlines and prepare notes for next steps in litigation. | | | | | |
| 05/04/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review return of service on defendant Patricia Previty. | | | | | |
| 05/25/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.60 | $129.00 |
| Draft motion for entry of order of no interest and proposed order. | | | | | |
| 05/25/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review status of litigation and prepare case notes for update. | | | | | |
| 05/26/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 1.00 | $215.00 |
| Draft motion for default judgment against defendants. | | | | | |
| 05/26/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.40 | $86.00 |
| Draft proposed final judgment. | | | | | |
| 05/26/2020 | Paralegal Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.50 | $107.50 |
| Draft request for clerk`s entry of default. | | | | | |
| 05/26/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.40 | $86.00 |
| Draft declaration of military service. | | | | | |
| 05/29/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.40 | $38.00 |
| Prepared exhibits in support of Motion for entry of order of non interest. | | | | | |
| 05/29/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Requested military and bankruptcy searches. | | | | | |
| 05/29/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review agreed order prepared for filing. | | | | | |
| 05/29/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Receipt and review military and bankruptcy search results. | | | | | |
| 05/29/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.60 | $57.00 |
| Prepared and redacted exhibits in support of motion for default judgment. | | | | | |
| 05/29/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review exhibits prepared for filing with motion for default judgment. | | | | | |
| 06/03/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Attention to completing correspondence regarding completion of service on all defendants. | | | | | |
| 06/05/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Prepare Motion for default judgment and motion of non interest for federal filing. | | | | | |
| 06/05/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review status of default judgment. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |

| Previous Balance | $5,567.70 |
|---|---|
| Payments Received | $5,567.70 |
| **Total Amount Due** | **$1,735.00** |



| Invoice Date | |
|---|---|
| 07/21/2020 | |

Invoice Number

**Mackie Wolf Zientz & Mann, P.C.**
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No:
Reference:
Property Addr: 2812 DEVON DR
CORPUS CHRISTI, TX 78404
Our File: 19-000244-671-2

MWZM Case No.: 19-000244-671-2; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 06/10/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Attention to completing correspondence regarding monitoring for execution of motion for default. | | | | | |
| 06/15/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review standing COVID-19 orders on court`s website in anticipation of upcoming hearing. | | | | | |
| 06/15/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Contact case manager to inquire about upcoming hearing - email for zoom/telephone information will be provided the day before the hearing. | | | | | |
| 06/15/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review clerk`s notice of cancelling initial conference. | | | | | |
| 06/18/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Receipt and review of notice of entry of default and order by judge from court clerk. | | | | | |
| 06/22/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review filed stamped executed order. | | | | | |
| 07/08/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.80 | $172.00 |
| Pursuant to court`s instructions, draft new motion for default judgment against defendants and submit for filing. | | | | | |
| 07/14/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Requested Military and bankruptcy searches. | | | | | |
| 07/14/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review military and bankruptcy search results. | | | | | |
| 07/14/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |

Drafted Correspondence providing notice of default filing.

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $532.00 |
| Current Amount Due | $532.00 |
| Previous Balance | $7,302.70 |
| Payments Received | $7,302.70 |
| **Total Amount Due** | **$532.00** |



| Invoice Date | | Invoice Number |
|---|---|---|
| 09/23/2020 | | ███████ |

**Mackie Wolf Zientz & Mann, P.C.**
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

## INVOICE

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No: ███████
Reference:
Property Addr: 2812 DEVON DR
CORPUS CHRISTI, TX 78404
Our File: 19-000244-671-2

MWZM Case No.: 19-000244-671-2; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 07/23/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review status of litigation and prepare notes for next steps. | | | | | |
| 08/10/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Attention to completing correspondence regarding pending executed order on our Motion for default judgment. | | | | | |
| 08/14/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review docket report for status of default judgment motion and prepare case notes for next steps. | | | | | |
| 08/17/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review status of motion for default judgment. | | | | | |
| 08/21/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review request for litigation fees | | | | | |
| 08/21/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.40 | $38.00 |
| Prepared outstanding litigation fees and cost. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $236.00 |
| Current Amount Due | $236.00 |
| Previous Balance | $7,834.70 |
| Payments Received | $7,834.70 |
| **Total Amount Due** | **$236.00** |

███████

| Invoice Date |
|---|
| 11/30/2020 |

**Invoice Number**

Mackie Wolf Zientz & Mann, P.C.
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No: ▮▮▮▮▮▮▮▮
Reference:
Property Addr: 2812 DEVON DR
CORPUS CHRISTI, TX 78404
Our File: 19-000244-671-2

MWZM Case No.: 19-000244-671-2; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 08/27/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review docket report for status of default judgment against defendants. | | | | | |
| 09/24/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review status of default judgment and email court case manager to follow up on MDJ | | | | | |
| 10/21/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Review and correspond regarding pending judgment and attorney follow up. | | | | | |
| 10/30/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review status of loan, litigation, and update case notes. | | | | | |
| 11/09/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.30 | $64.50 |
| Review case docket to monitor default judgment and update case notes. | | | | | |
| 11/16/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.30 | $64.50 |
| Review case docket and correspondence by email with the court`s case manager regarding the entering of the default judgment. | | | | | |
| 11/16/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.20 | $43.00 |
| Receive and review correspondence from the court`s case manager. | | | | | |
| 11/16/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.60 | $129.00 |
| Began drafting Supplement to Motion for Default Judgment to fulfill court`s request. | | | | | |
| 11/18/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.60 | $129.00 |
| Conduct brief legal research on case law to cite in support to the supplement of the motion for default judgment and review local rules to determine best action in response to the court`s request. | | | | | |
| 11/18/2020 | Associate Attorney Fee-Hourly- | Yes | $215.00 | 1.20 | $258.00 |

| 11/19/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
|---|---|---|---|---|---|
| Requested military and bankruptcy searches. | | | | | |
| 11/19/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Drafted cover letter in support of Supplement motion being filed. | | | | | |
| 11/19/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review military and bankruptcy search results. | | | | | |
| 11/19/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Prepared supplement motion for default for federal filing. | | | | | |
| 11/19/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review executed order denying Non interest of property for defendant Theresa Lopez. notified attorney. | | | | | |
| 11/19/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.20 | $43.00 |
| Receive and review order denying motion for agreed order (Teresa Lopez). | | | | | |
| 11/19/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review and revise status of default judgment. | | | | | |
| 11/20/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.20 | $43.00 |
| Correspondence with court`s staff regarding supplement to motion for default judgment filed on 11/19/20. | | | | | |
| 11/20/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.50 | $107.50 |
| Review order denying motion for agreed order with Defendant Theresa Lopez and research to determine next steps. | | | | | |
| 11/24/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review email from the case manager regarding submission of the supplement to the judge. | | | | | |
| 11/24/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.40 | $86.00 |
| Review case docket, update litigation case notes and identify further action needed. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $1,358.50 |
| Current Amount Due | $1,358.50 |
| Previous Balance | $8,070.70 |
| Payments Received | $8,070.70 |
| **Total Amount Due** | **$1,358.50** |



| Invoice Date |
| --- |
| 12/09/2020 |

Invoice Number

**Mackie Wolf Zientz & Mann, P.C.**
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

**INVOICE**

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No:
Reference:
Property Addr: 2812 DEVON DR
CORPUS CHRISTI, TX 78404
Our File: 19-000244-671-2

MWZM Case No.: 19-000244-671-2; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
| --- | --- | --- | --- | --- | --- |
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 11/30/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.20 | $43.00 |
| Monitor case docket for default judgment. | | | | | |
| 12/03/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.20 | $43.00 |
| Receive and review order striking Default Entry as to Theresa Lopez and Order Denying Motion for Default Judgment. | | | | | |
| 12/03/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.70 | $150.50 |
| Prepare draft of renewed request for entry of default against Theresa Lopez, declaration in support and proposed entry. | | | | | |
| 12/03/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Prepared return of service on Teresa Lopez and Patricia Previty. | | | | | |
| 12/04/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Requested military and bankruptcy searches. | | | | | |
| 12/04/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review military and bankruptcy search results. | | | | | |
| 12/04/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.60 | $57.00 |
| Prepared and redacted exhibits in support of request for default on defendant Theresa Lopez. | | | | | |
| 12/04/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Drafted cover letter in support of request for default on defendant Theresa Lopez. | | | | | |
| 12/04/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Prepared request for federal filing. | | | | | |
| 12/04/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review status of service. | | | | | |

| 12/07/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.20 | $43.00 |
|---|---|---|---|---|---|
| Review Entry of Default as to Defendant Theresa Lopez. | | | | | |
| 12/07/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.60 | $129.00 |
| Finalize Motion for Default Judgment and Proposed Order prior to filing. | | | | | |
| 12/07/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Requested military and bankruptcy searches in support of motion for default. | | | | | |
| 12/07/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review military and bankruptcy search results. | | | | | |
| 12/08/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review executed entry of default. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $698.50 |
| Current Amount Due | $698.50 |
| Previous Balance | $9,429.20 |
| Payments Received | $9,429.20 |
| **Total Amount Due** | **$698.50** |



| Invoice Date |
|---|
| 12/30/2020 |

**Invoice Number**

**Mackie Wolf Zientz & Mann, P.C.**
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

**INVOICE**

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No: ████████
Reference:
Property Addr: 2812 DEVON DR
CORPUS CHRISTI, TX 78404
Our File: 19-000244-671-2

MWZM Case No.: 19-000244-671-2; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 12/08/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review status of default judgment. | | | | | |
| 12/10/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.20 | $43.00 |
| Monitor case docket for default judgment. | | | | | |
| 12/18/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Attention to completing correspondence regarding pending ruling on judgment. | | | | | |
| 12/29/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.40 | $86.00 |
| Review case docket for default judgment and update litigation case notes. | | | | | |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |
| Total Hourly Fees Since Last Billing | $200.50 |
| Current Amount Due | $200.50 |
| Previous Balance | $10,127.70 |
| Payments Received | $10,127.70 |
| **Total Amount Due** | **$200.50** |



| Invoice Date | | Invoice Number |
|---|---|---|
| 01/08/2021 | | |

**Mackie Wolf Zientz & Mann, P.C.**
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

**INVOICE**

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No: ▮▮▮▮▮▮▮
Reference:
Property Addr: 2812 DEVON DR
CORPUS CHRISTI, TX 78404
Our File: 19-000244-671-2

MWZM Case No.: 19-000244-671-2; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 01/08/2021 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Receipt and review executed order granting final judgment. notified attorney. | | | | | |
| 01/08/2021 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.30 | $64.50 |
| Receive and review default judgment entered against all Defendants. | | | | | |
| 01/08/2021 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.40 | $86.00 |
| Draft closing memo keeping the case open until attorney fees are granted. | | | | | |
| 01/08/2021 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 1.20 | $258.00 |
| Prepare initial draft of Motion for Attorney`s Fees with Declaration in Support and Proposed Order. | | | | | |
| 01/08/2021 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.60 | $57.00 |
| Prepared  and redacted exhibits in support of Motion for Attorney Fees. | | | | | |
| 01/08/2021 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.40 | $38.00 |
| Prepared draft Motion for Attorney fees, Proposed Order prior to filing with the court. | | | | | |
| 01/08/2021 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Prepared draft Declaration of Mark .D. Cronenwett in support of the Motion for Attorney Fees. | | | | | |
| 01/08/2021 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Prepared correspondence to parties regarding Motion for Attorney Fees | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $579.50 |
| Current Amount Due | $579.50 |
| Payments Received | $10,328.20 |

Invoice #: ███████

Invoice Date: 01/08/2021

Loan No: ███████
Reference:
Property Addr: 2812 DEVON DR
CORPUS CHRISTI, TX 78404
Our File: 19-000244-671

| BILLED CASE SUMMARY SINCE INCEPTION | |
|---|---:|
| FEES | $0.00 |
| EXPENSES | $1,643.20 |
| TIME | $9,264.50 |
| TOTAL | $10,907.70 |

Thank you for the opportunity to be of service.

Please contact invoicing@mwzmlaw.com for any questions or concerns regarding items on this invoice.