## IN THE UNITED STATED DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES NC 2006-HE2 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES NC 2006-HE2,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL PREVITY, DANIEL PREVITY, PATRICIA PREVITY, AND THERESA LOPEZ,<br><br>   Defendant. | § § § § § § § § § § § § § § § § § § | Civil Action No. 2:19-cv-369 |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

**CAME ON TO BE CONSIDERED** on this day the *Plaintiff's Motion for Attorneys' Fees* ("Motion") of U.S Bank National Association as Trustee for Asset-Backed Securities Corporation Home Equity Loan Trust, Series NC 2006-HE2 Asset Backed Pass-Through Certificates, Series NC 2006-HE2 ("Plaintiff"), and after consideration of the Motion and the evidence on file, the Court is of the opinion that the Motion should be granted in its entirety. It is therefore,

**ORDERED** that the Motion is GRANTED; it is further,

**ORDERED** that Plaintiff shall have and recover its attorney's fees in the amount of $10,907.70, not as a personal judgment against Defendants but as a further amount secured by the property at issue under the Note and Security Instrument.

Signed this _____ day of _____ 2020.

                                       **U.S. DISTRICT JUDGE**